UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DISTRICT

COMPUTERUSER.com INC., and KEY ENTERPRISES LLC, d/b/a MSP COMMUNICATIONS,

Plaintiffs,

v.

THE LAZARI GROUP, f/k/a COMPUTER CURRENTS PUBLISHING CORP., STAN POLITI, and INTERNATIONAL DATA GROUP, INC.,

Defendants.

Court File No. 02-CV-264 JRT/SR N

**STIPULATION FOR DISMISSAL V 'ITH PREJUDICE AND ORDER**

**WHEREAS**, the parties have executed a Confidential Settlement and Mutual Gene al Release Agreement; and

**WHEREAS**, the parties desire to dismiss the above-entitled action with prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the partic s, by and through their respective counsel, that Plaintiffs' claims against Defendants and Defend: nts' counterclaims against Plaintiffs may be, and the same hereby are, dismissed with prejudice ınd without costs or any other relief to any party.

Dated: May 22, 2002

FOLEY, HOAG & ELIOT, LLP

By: ______________________
Edward N. Gadsby, Esq. (MA ID No. 18220 )
One Post Office Square
Boston, MA 02109
Telephone: (617) 482-1390
Facsimile: (617) 832-7000
Attorneys for International Data Group, Inc.

FILED ______ 2002
RICHARD D. S LETTEN, CLERK
JUDGMENT E NTD ______
DEPUTY CLE RK ______

331755v1

**FOLEY MCINTOSH FREY & CLAYTOR**

Dated: 5/21/02

By: ____________________
Kenneth W. Pritikin, Esq. (CA ID No. 108072)
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549
Telephone: (925) 284-3020
Facsimile: (925) 284-3029
Attorneys for The Lazari Group, f/k/a Computer Currents Publishing Corp., and Stan Politi

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

Dated: May 29, 2002

By: ____________________
Linda L. Holstein (MN ID No. 150836)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
Telephone: 612-333-2111
Facsimile: 612-333-6798
Attorneys for Plaintiffs ComputerUser.com Inc. and Key Enterprises LLC

**ORDER**

Based upon the foregoing Stipulation, **IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, shall be, and the same hereby is, dismissed with prejudice and without costs or any other relief to any party.

Dated: June 6, 2002

**BY THE COURT:**

____________________
Hon. John R. Tunheim
Judge of United States District Court
District of Minnesota, Fourth District